FILED
CLERK. U.S. DISTRICT COURT

APR 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA                    )    Case No. 12-0972M

12                        Plaintiff,             )

13            v.                                 )    **ORDER OF DETENTION**

14  FRANCISCO ROBLES,                            )

15                        Defendant.             )

16  _____ )

17                                        I.

18  A.    ( ) On motion of the Government involving an alleged:

19        1.    ( ) crime of violence.

20        2.    ( ) offense with maximum sentence of life imprisonment or death.

21        3.    ( ) narcotics or controlled substance offense with maximum sentence of ten

22              or more years.

23        4.    ( ) felony where defendant was convicted of two or more prior offenses

24              described above.

25        5.    ( ) felony that is not otherwise a crime of violence that involves a minor

26              victim, or possession or use of a firearm or destructive device or any other

27              dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

28

B.  (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.  (X) a serious risk defendant will flee.

2.  ( ) a serious risk defendant will:

a. ( ) obstruct or attempt to obstruct justice.

b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government is ( ) is not (X) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.  the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.  the weight of evidence against the defendant;

C.  the history and characteristics of the defendant; and

D.  the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.  The court finds that no condition or combination of conditions will reasonably assure:

1.  (X) the appearance of defendant as required.

( ) and/or

2.  ( ) the safety of any person or the community.

B.   The court bases the foregoing finding(s) on the following:

    1.   (X) Flight Risk: The history and characteristics indicate a serious risk that defendant will flee because: <u>(1) he lacks bail resources; (2) his background is unverified; (3) his immigration status is undocumented; and (4) defendant submitted to detention request.</u>

    2.   ( ) Danger: Defendant poses a risk to the safety of other persons or the community because: _____

    3.   (X) <u>See also</u> Pretrial Services Report/Memorandum.

    4.   ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

V.

A.   The court finds that a serious risk exists that defendant will:

    1.   ( ) obstruct or attempt to obstruct justice.

    2.   ( ) threaten, injure or intimidate a witness or juror.

    3.   ( ) attempt to threaten, injure or intimidate a witness or juror.

B.   The court bases the foregoing finding(s) on the following:

_____

( ) <u>See also</u> Pretrial Services Report/Memorandum.

VI.

A.   IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

1   D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on

2       request of any attorney for the Government, the person in charge of the corrections

3       facility in which defendant is confined shall deliver defendant to a United States

4       marshal for the purpose of an appearance in connection with a court proceeding.

5   DATED: _____April 24_____, 2012.

6

7

8                                    Fernando M. Olguin
                                     United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4